# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

KINYA BOYD

VERSUS

CITY OF BATON ROUGE, PARISH
OF EAST BATON ROUGE

NO.   2025 CW 1011

**OCTOBER 17, 2025**

---

In Re:   Cox Communications Louisiana, LLC, applying for
supervisory writs, 19th Judicial District Court,
Parish of East Baton Rouge, No. 656948.

---

BEFORE:   THERIOT, PENZATO, AND BALFOUR, JJ.

   **WRIT GRANTED IN PART AND DENIED IN PART.** The trial court's
September 11, 2025 ruling which admitted into evidence
plaintiff's "Exhibit 1" is reversed, as requests for production
of documents are not included in the list of permissible summary
judgment evidence under La. Code Civ. P. art. 966(A)(4).
Accordingly, plaintiff's "Exhibit 1" is excluded. In all other
respects, the writ is denied.

                    **MRT**
                    **AHP**
                    **KEB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT